**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------x
: 
AIP ACQUISITION LLC, :
:
                Plaintiff, :
:
  v. : C.A. No. 14-514-GMS
:
SPRINT CORPORATION, SPRINT SPECTRUM :
L.P., SPRINT COMMUNICATIONS COMPANY :
L.P., SPRINT SOLUTIONS, INC., VIRGIN :
MOBILE USA L.P. and VIRGIN MOBILE USA, :
INC., :
:
                Defendants. :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Joyce E. Kung is withdrawn as counsel for Plaintiff AIP Acquisition LLC. Plaintiff AIP Acquisition LLC continues to be represented by the remaining counsel of record. Please adjust your service lists accordingly.

| | |
|---|---|
| Dated: April 25, 2016 | BAYARD, P.A. |
| OF COUNSEL | */s/ Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| Karen Bromberg | Stephen B. Brauerman (sb4952) |
| Francisco A. Villegas | Vanessa R. Tiradentes (vt5398) |
| Damir Cefo | Sara E. Bussiere (sb5725) |
| COHEN & GRESSER LLP | 222 Delaware Avenue, Suite 900 |
| 800 Third Avenue | Wilmington, Delaware 19899 |
| New York, NY 10022 | (302) 655 5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| (212) 957-7600 | sbussiere@bayardlaw.com |
| | *Attorneys for AIP Acquisition LLC* |